**Order entered February 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01326-CV

**GABRIEL AGUINAGA, ET AL., Appellants**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04400-B**

## ORDER

We **DENY** appellee's January 22, 2013 motion to dismiss for failure to prosecute. Appellants shall file their brief on or before March 8, 2013. We caution appellants that failure to file their brief on or before March 8, 2013 will result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/  CAROLYN WRIGHT
    CHIEF JUSTICE